# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
NOV 09 2017
Clerk of Court

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. M-17-2022-M |
| VILLARREAL, Isaac  (USC) | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/8/2017__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1)<br>21 USC 846 | Possession with intent to distribute and Conspiracy to Possess with Intent to Distribute marijuana, approximately 92.5 kilograms, a Schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

Approved by
[signature]

Sworn to before me and signed in my presence.

Date: __11/9/2017__

City and state: __McAllen, TX__

[signature]
Complainant's signature
Leonel E. Reyna, DEA Special Agent
Printed name and title

[signature]
Judge's signature
Dorina Ramos, US Magistrate Judge
Printed name and title

## ATTACHMENT I

On November 8, 2017, at approximately 7:20 P.M., Border Patrol Agents were advised by the Texas National Guard observation post of the observation of 9 subjects crossing the Rio Grande River by raft in the vicinity of Escobares, Texas with what appeared to be bundles of narcotics.

Border Patrol Agents conducted surveillance north of the "Burnt Down House" in the vicinity of Escobares, Texas and observed a single cab black GMC pickup truck parked near the residence west of the "Burnt Down House." Agents observed multiple subjects emerge from the open lot of the "Burnt Down House" carrying what appeared to be bundles of narcotics. Border Patrol Agents walked towards the black GMC pickup truck and observed one subject throw one bundle of suspected narcotics into the bed of the GMC pickup truck. As a Border Patrol Agent approached the driver side door and illuminated the vehicle with his flashlight, identifying himself as a Border Patrol Agent he observed a male occupant later identified as Isaac VILLARREAL sitting in the driver seat of the vehicle. Border Patrol Agents then observed the vehicle flee at a high rate of speed traveling eastbound on 4th St. towards Lopez St. with one bundle in the bed of the truck. Border Patrol Agent Lujano observed the additional subjects drop the bundles near the location of the vehicle and Texas National Guard advised from their observation post that 9 subjects were traveling south by raft back to Mexico.

Border Patrol Agent Tovar observed mentioned vehicle traveling north on an ally way but was unable to maintain visual. A few moments later, Border Patrol Agent Nathan Kast observed the mentioned vehicle close to U.S. Highway 83 west of Lopez St. near the Escobares Flea Market and conducted a traffic stop. A search of the area of where the mentioned vehicle was encountered resulted in the discovery of one bundle of suspected marijuana.

Isaac Villarreal was taken into custody and all the bundles were transported to the Rio Grande City Texas Border Patrol Station for processing. The total weight of the bundles of marijuana that were located was 92.5 kilograms.

On the same date, DEA Agents Leonel E. Reyna and Erik Lambel responded to the Rio Grande City Border Patrol Station. Agents read Mr. VILLARREAL his Miranda Warnings in English and asked if he would provide a statement. Mr. VILLARREAL stated he did not provide a statement.